USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 7/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

ROBERT JEFFREY JOHNSON,
ROSS BALDWIN, and
KATHLEEN HOOK,

                        Defendants.
-----------------------------------------------------------X

ORDER

21 Cr. 0428 (ER)

Ramos, D.J.:

The arraignment in this matter is scheduled to occur as a teleconference on **July 7, 2021 at 10:00 am**.

Counsel and defendants are instructed to call **(877) 411-9748** and enter access code **3029857#** when prompted. (Members of the press and public may call the same number, but will not be permitted to speak during the conference.) All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

It is SO ORDERED.

Dated: July 6, 2021
       New York, New York

                                                    _____
                                                    Edgardo Ramos, U.S.D.J.