```
UNITED STATES DISTRICT COURT                  USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                 DOCUMENT
- - - - - - - - - - - - - - - - - -X         ELECTRONICALLY FILED
                                              DOC #_____
UNITED STATES OF AMERICA                      DATE FILED: 11/15/2021

        - v. -                                ORDER

ROBERT JEFFREY JOHNSON,
ROSS BALDWIN, and
KATHLEEN HOOK                                 21 Cr. 428 (ER)

                Defendants.
- - - - - - - - - - - - - - - - - -X
```

       Upon the application of the United States of America, by and through Assistant United States Attorney Noah Solowiejczyk, and with the consent of defendants ROBERT JEFFREY JOHNSON, ROSS BALDWIN, and KATHLEEN HOOK, by and through their respective defense counsel:

       It is hereby ORDERED that the status conference scheduled for November 17, 2021 at 10:00 a.m. is hereby adjourned until _____January 20_____, 2022, at 10:00 a.m.

       It is FURTHER ORDERED that the time from November 17, 2021 through _____January 20_____, 2022 is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), in the interests of justice.  The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it would permit defense counsel to continue to

review discovery and determine what motions, if any, the defense intends to file, as well as to permit the parties to discuss potential pre-trial disposition of this matter.

Dated:  New York, New York
        November  15 , 2021

_____
The Honorable Edgardo Ramos
UNITED STATES DISTRICT JUDGE