```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,                :
                                         :                    ORDER
        -v-                              :
                                         :
ROBERT JEFFREY JOHNSON,                  :              21 Cr. 0428 (ER)
ROSS BALDWIN, and                        :
KATHLEEN HOOK,                           :
                                         :
                  Defendants.            :
-------------------------------------------------------X

Ramos, D.J.:

    The status conference scheduled for February 24, 2022 at 10:00 a.m. will occur as a videoconference. In advance of the conference, Chambers will email the parties with the link to access the conference. Members of the press and the public may access the audio feed of the conference by calling (877) 411-9748 and enter access code 3029857# when prompted. All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

    It is SO ORDERED.

Dated: February 22, 2022
       New York, New York

                                                                    Edgardo Ramos, U.S.D.J.