UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

ROBERT JEFFREY JOHNSON,
ROSS BALDWIN, and
KATHLEEN HOOK,

                  Defendants.
-----------------------------------------------------------X

ORDER

21 Cr. 0428 (ER)

Ramos, D.J.:

    The status conference scheduled for July 14, 2022 at 10:00 a.m. will occur as a videoconference. In advance of the conference, chambers will email the parties with the link to access the conference. Members of the press and the public may access the audio feed of the conference by calling (877) 411-9748 and enter access code 3029857# when prompted. All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

    It is SO ORDERED.

Dated: July 12, 2022
       New York, New York

                                                   Edgardo Ramos, U.S.D.J.