

HOWARD SREBNICK, *Partner*
305.371.6421 (Office)
305.608.2600 (Mobile)
hsrebnick@royblack.com

**MEMO ENDORSED**

November 7, 2022

**Via Electronic Case Filing**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Pretrial motions are due December 7, 2022.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: ___11/9/2022___
> New York, New York

**Re:** *United States v. Robert Jeffrey Johnson, et al.*, Case No. 21-CR-428
(**Unopposed Request for Extension of Time to file Pretrial Motions**)

Dear Judge Ramos:

Without objection from the government, we are writing on behalf of our clients, Robert Jeffrey Johnson and Kathleen Hook, to request until December 7, 2022 to file pretrial motions. Trial is currently set for March 2023.

Undersigned counsel previously filed an unopposed request to extend the prior motions deadline from October 7 to November 7, so that the government could provide undersigned with outstanding discovery, which was received on October 17. Before filing any motions, additional time is needed for undersigned to review discovery with Mr. Johnson and Ms. Hook and discuss with government counsel a potential non-trial disposition.

Undersigned counsel conferred with AUSA Noah Solowiejczyk, who advised that the government does not oppose the requested extension.

Sincerely,

*/s/ Howard Srebnick*

Howard Srebnick
Counsel for Robert Jeffrey Johnson

*/s/ Alyssa Silvaggi*

Alyssa Silvaggi
Counsel for Kathleen Hook

cc: All counsel by ECF