

HOWARD SREBNICK, *Partner*
305.371.6421 (Office)
305.608.2600 (Mobile)
hsrebnick@royblack.com

February 14, 2023

<u>**Via Electronic Case Filing**</u>
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**, last page

    **Re:  Case No. 21-CR-428, *United States v. Robert Jeffrey Johnson, et al.*, Request for a Telephonic Conference**

Dear Judge Ramos:

    We write to request a telephonic conference (10-15 minutes) this week to discuss scheduling. Trial is currently scheduled for March 6, 2023, with a pretrial conference scheduled for March 2, 2023. Pending before the Court are the following motions:

- **Defendant Hook's Motion to Suppress Statements and Documentary Evidence** (DE 64); Government Response (DE 76); Reply (DE 84)

- **Defendants' Joint Motion to Suppress Search and Seizure of Emails** (DE 65); Government Response (DE 76); Reply (DE 84)

- **Defendants' Joint Motion to Dismiss Counts 1 & 3 (Alleging Misappropriation of Investor Funds)** (DE 66); Government Response (DE 76); Reply (DE 84)

- **Defendant Johnson's Motion to Dismiss Counts 2 & 4 (Alleging Insurance Fraud)** (DE 67); Government Response (DE 76); Reply (DE 84)

Honorable Edgardo Ramos
February 14, 2023
Page 2

_____

- **Defendants' Joint Motion to Sever Defendants (DE 72)**; Government Response (DE 76); Reply (DE 84)

- **Defendants' Joint Motion to Produce Subpoenaed Documents by February 27, 2023** (DE 83)

- **Defendants' Joint Motion in Limine to Exclude Evidence of Defendant Johnson's Prior Conviction** (DE 85)

- **Defendants' Joint Request to Charge** (DE 86)

- **Government's Requests to Charge** (DE 88)

- **Government's Motions in Limine** (DE 89)

- **Defendants' Joint Motion to Offer Testimony of a Witness via Live Closed Circuit Television During Trial or, in the Alternative, for a Deposition Pursuant to Fed. R. Cr. P. 15** (DE 90)

The last filed motion (DE 90) may affect the schedule of the trial: a defense witness who resides in Paris, France advised Defendants' counsel last week that he is suffering from an ailment that makes it medically imprudent for him to travel by air; (he previously expressed a willingness to travel to New York to testify). Accordingly, Defendants seek to offer his testimony by video; the government opposes and advises that, even if the Court were to approve the video testimony, it would take several months to gain the approval of French authorities to conduct the remote examination.



Honorable Edgardo Ramos
February 14, 2023
Page 3

_____

      Government counsel and Defendants' counsel are generally available tomorrow (Wednesday) afternoon and most of the day on Thursday subject to Your Honor's availability.

Sincerely,

*/s/ Howard Srebnick*

Howard Srebnick
Counsel for Robert Jeffrey Johnson

*/s/ Alyssa Silvaggi*

Alyssa Silvaggi
Counsel for Kathleen Hook

cc: All counsel by ECF

---

A telephone conference will be held on February 16, 2023 at 9:30 a.m. The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: ___2/15/2023___
New York, New York

**BlackSrebnick**
CIVIL | CRIMINAL