UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| v. | 21-CR-428 (ER) |
| ROBERT JEFFREY JOHNSON, et al. | |

_____

Upon the application of Defendants, Robert Jeffrey Johnson and Kathleen Hook, by and through their attorneys:

It is hereby ORDERED that Defendants' *Renewed* Joint Motion For Order Approving Subpoenas and Requiring Pretrial Production of Subpoenaed Documents [Doc. 117] is hereby GRANTED. Warith Deen Muhammad and the Records Custodian for Niagara Gold & Silver, LLC shall comply with the Defendants' subpoenas duces tecum by February 21, 2024 [Doc. 117-1]. Records shall be produced to Black Srebnick, either (**a**) physically at 201 S Biscayne Blvd. Suite 1300, Miami, Florida 33131 or (**b**) electronically at hsrebnick@royblack.com and asilvaggi@royblack.com.

Dated:   New York, New York
         February 15, 2024

_____
The Honorable Edgardo Ramos
United States District Judge